Argued and submitted May 17, reversed and remanded for reconsideration
October 6, 1993

In the Matter of the Compensation of
Carl R. Alatalo, Claimant.

Carl R. ALATALO,
*Petitioner,*

*v.*

GEORGIA-PACIFIC CORPORATION,
*Respondent.*

(WCB 91-12629; CA A77465)

860 P2d 825

Edward J. Harri, Eugene, argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll, Eugene.

Jerry K. Brown, McMinnville, argued the cause for respondent. With him on the brief was Cummins, Brown, Goodman, Fish & Peterson, P.C., McMinnville.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-Gonzales v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).